Probation Form No. 35A  
(5/00)

Report and Order Terminating Supervision  
Only, Before Original Expiration Date

# United States District Court
## for the
## Southern District of Texas

United States of America

    versus

Criminal Case:  2:08CR00004-S-002

Pedro Dario Torrez

On May 8, 2008 this defendant was placed on probation for Five (5) Years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted,

*Bernadette Rojas Howard*  
Bernadette Rojas Howard  
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through May 7, 2013.

Signed April 26, 2011    Corpus Christi, Texas.

*Janis Graham Jack*  
Janis Graham Jack  
United States District Judge